1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAMARR F. BROWN,

Plaintiff,

v.

WARDEN CRAIG KOENIG, et al.,

Defendants.

Case No. 22-00881 BLF (PR)

**ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF
TIME TO FILE MOTION FOR
SUMMARY JUDGMENT**

(Docket No. 15)

Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42

U.S.C. § 1983 against personnel at the Correctional Training Facility (CTF).

Dkt. No. 1.[1]  On March 4, 2022, the Court found the complaint, liberally construed, stated

cognizable claims, and ordered the matter served on Defendants.  Dkt. No. 6.  Defendants

were directed to file a dipositive motion or notice regarding such motion.  *Id.*  Defendants

have filed a motion requesting an extension of time to file a motion for summary

judgement.  Dkt. No. 15.

---

[1] This matter was reassigned to this Court on April 8, 2022, after Plaintiff declined magistrate
jurisdiction.  Dkt. Nos. 10,12.

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.22\00881Brown_eot_MSJ

Having shown good cause, Defendants' motion is **GRANTED**.  Defendants shall file a motion for summary judgment **no later than November 4, 2022,** which is an extension of 180 days from the original deadline of May 3, 2022.  Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed.  Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 15.

**IT IS SO ORDERED**

Dated:  __**May 16, 2022**_____

BETH LABSON FREEMAN
United States District Judge

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.22\00881Brown_eot_MSJ