UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR F. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN CRAIG KOENIG, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00881 BLF (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SECOND EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 18) |

Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the Correctional Training Facility (CTF). Dkt. No. 1. On March 4, 2022, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendants. Dkt. No. 6. Defendants were directed to file a dipositive motion or notice regarding such motion. *Id.* On May 16, 2022, the Court granted Defendants an extension of time to file their motion for summary judgement such that it is due on November 4, 2022. Dkt. No. 16. On October 4, 2022, Defendants filed a motion for a second extension of time to file their dispositive motion. Dkt. No. 18.

Order of Second Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.22\00881Brown_2nd_eot_MSJ

Having shown good cause, Defendants' motion is **GRANTED**. Defendants shall file a motion for summary judgment **no later than February 28, 2023.** Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 18.

**IT IS SO ORDERED**

Dated:  ___October 7, 2022____

BETH LABSON FREEMAN
United States District Judge

Order of Second Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.22\00881Brown_2nd_eot_MSJ