IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAMARR F. BROWN,** <br><br> Plaintiff, <br><br> v. <br><br> **C. KOENIG, et al.,** <br><br> Defendant. | Case No. 5:22-cv-00881-BLF <br><br> **ORDER** <br><br> Judge:  Hon. Beth Labson Freeman <br> Trial Date:  None <br> Action Filed:  February 11, 2022 |

Defendants in this civil rights action move to vacate the current February 28, 2023 dispositive motion deadline. Upon due consideration, good cause appearing, the Court **GRANTS** Defendants' motion and the current dispositive motion deadline is vacated and may be reset later.

**IT IS SO ORDERED.**

Date: __February 7, 2023_____         _____
                                             The Honorable Beth Labson Freeman
                                             United States District Judge