UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMARR F. BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>WARDEN CRAIG KOENIG, et al.,<br><br>  Defendants. | Case No. 22-cv-00881 BLF (PR)<br><br>**JUDGMENT** |

   The Court has dismissed all claims against Defendants and granted their motion for judgment on the pleadings.  Judgment is entered in favor of Defendants.

   The Clerk shall close the file.

   **IT IS SO ORDERED**

Dated:  __**August 2, 2023**____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.22\00881Brown_judgment